IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 10-cv-02304-REB-BNB

ROHIT MUKHERJEE,

Plaintiff,

v.

DENVER POLICE OFFICERS ABBEGAYLE DORN, and
RICHARD FISHER,

Defendants.
_____

## ORDER
_____

This matter arises on plaintiff's **Motion to Amend Complaint to Reflect the Proper Name of Defendant John Doe 2** [Doc. # 18, filed 2/7/2011] (the "Motion to Amend"). I held a hearing on the Motion to Amend this afternoon and made rulings on the record, which are incorporated here. In summary and for the reasons stated on the record:

IT IS ORDERED that he Motion to Amend [Doc. # 18] is GRANTED. The Clerk of the Court is directed to accept for filing the Amended Complaint [Doc. # 18-4].

Dated March 3, 2011.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge