IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**U.S. MAGISTRATE JUDGE BOYD N. BOLAND**

| | |
|---|---|
| Civil Action No. 10-cv-02304-REB- BNB | Date: April 6, 2011 |
| Courtroom Deputy: Geneva D. Mattei | FTR BNB COURTROOM A-401 |

| | |
|---|---|
| ROHIT MUKHERJEE, | Alan Molk |
| Plaintiff(s), | |
| v. | |
| ABBEGAYLE DORN, and<br>Denver Police Officers<br>RICHARD FISHER,<br>Denver Police Officer | Susanne Fasing |
| Defendant(s). | |

# COURTROOM MINUTES

**HEARING: MOTIONS**

Court in Session:     10:06 a.m.

Appearance of counsel.

Court's opening remarks.

Argument presented.

**ORDERED:  Motion to compel independent medical examination pursuant to Fed.R.CIV.P.35 [Doc.#29; filed 3/24/11] is granted for reasons stated on the record.**

Court in Recess:     10:44 a.m.     Hearing concluded.     Total time in Court:     00:38

\* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.