IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 10-cv-02304-REB-BNB

ROHIT MUKHERJEE,

Plaintiff,

v.

DENVER POLICE OFFICERS ABBEGAYLE DORN, and
RICHARD FISHER,

Defendants.

_____

**ORDER**
_____

This matter arises on defendants' **Unopposed Motion to Amend Scheduling Order** [Doc. # 41, filed 5/4/2011] (the "Motion for Extension"). Good cause having been shown,

IT IS ORDERED:

1. The Motion for Extension [Doc. # 41] is GRANTED;

2. The case schedule is modified to the following extent:

    **Expert Disclosures:**

    (a) The defendants shall designate all experts concerning forensic cell phone examination and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **July 5, 2011**

    (b) The plaintiff shall designate all rebuttal experts concerning forensic cell phone examination and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **July 29, 2011**

**Rule 702 Motions:**   All motions raising issues under Fed. R. Civ. P. 702 as codified and construed and concerning expert testimony about forensic cell phone examination shall be filed by **August 16, 2011**, and marshaled thereafter as prescribed by D.C.COLO.LCivR 7.1C.

**Discovery Cut-Off:**   The discovery cut-off, solely with respect to expert discovery relating to forensic cell phone examination, is extended to **August 15, 2011**.

Dated May 5, 2011.

                                        BY THE COURT:

                                         s/ Boyd N. Boland
                                        United States Magistrate Judge